July 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

DAEWOO SHIPBUILDING & MARINE ENGINEERING, CO., LTD. D/B/A DSME,
Appellant

NO. 14-11-00040-CV                    V.

IKANCO, INC., CHOONG S. KIM, AND YONG J. AN, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, ikanco, Inc. [sic], signed February 17, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Daewoo Shipbuilding & Marine Engineering, Co., Ltd. d/b/a DSME, to pay all costs in this appeal. We further order the decision certified below for observance.